# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BETSY A. BARNES,**

        **Plaintiff,**

        Case No. 05-C-640

-vs-

**WAUKESHA MEMORIAL HOSPITAL, INC.,**

        **Defendant.**

## ORDER

Based upon the Stipulation of the Plaintiff and Defendant,

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, and without costs to either side.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2006.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**